Royal F. Oakes (080480)
Michael A. S. Newman (205299)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and PEOPLESOFT INCORPORATED LONG-TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN G. McAFEE,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,<br><br>  Defendants. | CASE NO. 2:05-CV-00227 WBS-KJM<br><br>**Stipulation To Use Paper Filing Of Voluminous Exhibit Pursuant To Local Rule 5-133(b)(3); [Proposed] Order** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\stipulation for paper filing.docSTIPULATION; [PROPOSED] ORDER    Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Ryan G. McAfee ("Plaintiff") and Defendants Metropolitan Life Insurance
2  Company and PeopleSoft Incorporated Long-Term Disability Plan (collectively "Defendants")
3  hereby stipulate to paper filing of Exhibit D to the Declaration of Laura Sullivan, filed in support of
4  Defendants' Motion For Summary Judgment Or, In The Alternative, Summary Adjudication, due to
5  the voluminous size of the exhibit.  This exhibit comprises 1,703 pages.  All other documents filed
6  in support of Defendants' Motion were filed electronically on January 13, 2006.

DATED: January 13, 2006        deVRIES LAW FIRM

By: //s// Douglas K. deVries
    DOUGLAS K. deVRIES
    Attorneys for Plaintiff, Ryan G. McAfee

DATED: January 13, 2006        BARGER & WOLEN LLP

By: //s// Royal F. Oakes
    ROYAL F. OAKES
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE
    COMPANY and PEOPLESOFT
    INCORPORATED LONG-TERM
    DISABILITY PLAN

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: January 18, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
g:\docs\shu\dshu2\inbox\signed\stipulation for paper filing.doc   STIPULATION; [PROPOSED] ORDER   Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com