Royal F. Oakes (080480)
Michael A. S. Newman (205299)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Metropolitan Life Insurance Company and
PeopleSoft Incorporated Long-Term
Disability Plan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN G. McAFEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO. 2:05-CV-00227 WBS-KJM<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>**Current Hearing:**<br><br>Date: February 10, 2006<br>Time: 10:00 a.m.<br>Courtroom: 5<br><br>**Proposed Hearing:**<br><br>Date: April 17, 2006<br>Time: 1:30 p.m.<br>Courtroom: 5 |

PDF created with pdfFactory trial version www.pdffactory.com

      Plaintiff Ryan G. McAfee ("Plaintiff") and Defendants Metropolitan Life Insurance Company and PeopleSoft Incorporated Long-Term Disability Plan (collectively "Defendants") hereby stipulate that the hearing date for Plaintiff's Motion For Partial Summary Judgment, and Defendants' Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment (Plaintiff's and Defendants' motions will be collectively referred to as the "Motions"), currently set for February 10, 2006, be continued to **April 17, 2006**, at **1:30 p.m.**, in Courtroom 5 so as to allow the parties an opportunity to engage in settlement discussions and attend a formal mediation session. The Parties further stipulate that the opposition and reply papers relating to the Motions will be due when they would have been due had the hearing initially been set for April 28, 2006. Good cause exists because settlement discussions and a mediation session, which the Parties are in the process of scheduling, may eliminate the need for further briefing and judicial evaluation of summary judgment issues.

DATED: January 23, 2006        deVRIES LAW FIRM

By: //s// Douglas K. deVries
DOUGLAS K. deVRIES
Attorneys for Plaintiff, Ryan G. McAfee

DATED: January 23, 2006        BARGER & WOLEN LLP

By: //s// Royal F. Oakes
ROYAL F. OAKES
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

Pursuant to the Stipulation To Continue Hearing Date On Plaintiff's Motion For Partial Summary Judgment, and Defendants' Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing date for both motions, currently set for February 10, 2006, be moved to **<u>April 17, 2006</u>**, at **<u>1:30 p.m</u>**., in Courtroom 5 so as to allow the parties an opportunity to engage in settlement discussions and attend a formal mediation session. Opposition and reply papers as to the two motions will be due when they would have been due had the hearing initially been set for April 28, 2006.

Dated: January 25, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com