UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RYAN G. MCAFEE,

        Plaintiff,

   v.

METROPOLITAN LIFE INSURANCE COMPANY, and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,

        Defendants.

NO. CIV. S-05-0227 WBS KJM

ORDER RE: EVIDENTIARY OBJECTIONS

----oo0oo----

        Before the court are plaintiff Ryan McAfee and defendants Metropolitan Life Insurance Company and PeopleSoft Incorporated Long-Term Disability Plan's cross-motions for summary judgment.  On April 3, 2006, defendants filed 16 objections to plaintiff's Statement of Undisputed Facts and Supporting Evidence.  Additionally, defendants filed 3 objections to exhibits A, B, and C to the declaration of Douglas K. de Vries (submitted in support of plaintiff's motion).  On April 3, 2006, plaintiff filed a response to defendants' Separate Statement of

1

Undisputed Facts, to which plaintiff made 2 objections.

Defendants' objections are made primarily on the grounds that the statements at issue constitute hearsay or inadmissable personal opinions of lay witnesses or conclusions of law rather than statements of fact, or are lacking foundation, argumentative, misstatements or mischaracterizations of the documents to which they refer, privileged, and/or irrelevant. Plaintiff objects to the reference in defendants' separate statement of undisputed facts to a January 1, 2005 Certificate of Insurance, which amended the plan, on the grounds that it is irrelevant, a misrepresentation, and a mischaracterization.

To rule on the parties' cross-motions for summary judgment, the court must first decide these objections. Accordingly, at the hearing currently set for April 17, 2006, at 1:30 p.m., the court will hear only the evidentiary objections. The hearing on the cross-motions for summary judgment will be rescheduled for a later date after the evidentiary objections have been resolved.

IT IS SO ORDERED.

DATED: April 11, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE