UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN G. McAFEE, | NO.   2:05-CV-00227 WBS-KJM |
| Plaintiff, | **REMAND ORDER** |
| vs. | Date:      June 5, 2006<br>Time:      1:30 p.m. |
| METROPOLITAN LIFE INSURANCE COMPANY, PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN | Crtrm:     5<br>Judge:     Hon. William Shubb |
| | Trial Date:   July 25, 2006 |
| Defendants. | |

     The Court, having issued its Memorandum and Order Re: Cross-Motions for Summary Judgment on May 23, 2006, and good cause appearing, hereby orders that this matter is remanded to Defendant as the insurer/plan administrator for a factual determination of the amount Plaintiff is entitled to recover consistent with this Court's order.  Defendant is ordered to make this determination within ninety (90) days of this order.

     In addition, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes.  Accordingly, the Clerk is instructed to close this file subject to being reopened on motion of either party.

     This order does not constitute a final judgment, and nothing contained in this order

///

///

///

shall be considered a dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

deVRIES LAW FIRM
LAW OFFICE OF ROBERT K. SCOTT

By:  /s/ Douglas K. deVries
     DOUGLAS K. deVRIES
     Attorney for Plaintiff

BARGER & WOLEN LLP

By:  /s/ Royal F. Oaks
     ROYAL F. OAKES
     Attorney for Defendants