Royal F. Oakes (080480)
Michael A. S. Newman (205299)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and PEOPLESOFT INCORPORATED LONG-TERM
DISABILITY PLAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN G. McAFEE,<br><br>         Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,<br><br>         Defendants. | CASE NO. 2:05-CV-00227 WBS-KJM<br><br>**STIPULATION TO CONTINUE DATE OF RESPONSE TO COURT'S "REMAND ORDER"; [PROPOSED] ORDER** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\05-227 (mcafee vs metro life) stipulation to continue resp to remand order.doc
Case No. 2:05-CV-00227 WBS KJM

STIPULATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## **STIPULATION**

It is hereby stipulated by and between counsel of record for all parties:

1. On June 20, 2006 the Court in the above-entitled action issued its "Remand Order," in which the Court ordered "that this matter is remanded to Defendant as the insurer/plan administrator for a factual determination of the amount Plaintiff is entitled to recover consistent with this Court's order. Defendant is ordered to make this determination within ninety (90) days of this order."

2. Defendant's deadline for complying with the Court's "Remand Order" is September 18, 2006.

3. Defendant requests, and Plaintiff joins in the proposed stipulation, that the Court continue the September 18, 2006 deadline 15 days, through and including October 3, 2006. Plaintiff joins in the proposed stipulation on the condition, agreed to by Defendant, that Plaintiff have the opportunity to respond, if he deems it necessary, to Defendant's determination described in the "Remand Order," and that Defendant's determination and Plaintiff's response, if any, will be deemed part of the Administrative Record for review."

DATED: September __, 2006        deVRIES LAW FIRM

By: /s/ Douglas K. deVries
DOUGLAS K. deVRIES
Attorneys for Plaintiff, Ryan G. McAfee

DATED: September __, 2006        BARGER & WOLEN LLP

By: /s/ Royal F. Oakes
ROYAL F. OAKES
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY and PEOPLESOFT
INCORPORATED LONG-TERM
DISABILITY PLAN

-2-

**BARGER & WOLEN LLP**
**650 CALIFORNIA STREET**
**NINTH FLOOR**
SAN FRANCISCO, CA 94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\05-227 (mcafee vs metro life) stipulation to continue resp to remand order.doc
Case No. 2:05-CV-00227 WBS KJM

STIPULATION; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:  September 19, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-

g:\docs\shu\dshu2\inbox\signed\05-227 (mcafee vs metro life) stipulation to continue resp to remand order.doc        STIPULATION; [PROPOSED] ORDER
Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com