Royal F. Oakes (080480)
Michael A. S. Newman (205299)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and PEOPLESOFT INCORPORATED LONG-TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN G. McAFEE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO. 2:05-CV-00227 WBS-KJM<br><br>**STIPULATION TO CONTINUE DATE OF RESPONSE TO COURT'S "REMAND ORDER"; [PROPOSED] ORDER** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee stip to cont resp to rmnd ord.doc STIPULATION; [PROPOSED] ORDER   Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com

# **STIPULATION**

It is hereby stipulated by and between counsel of record for all parties:

1. On June 20, 2006 the Court in the above-entitled action issued its "Remand Order," in which the Court ordered "that this matter is remanded to Defendant as the insurer/plan administrator for a factual determination of the amount Plaintiff is entitled to recover consistent with this Court's order. Defendant is ordered to make this determination within ninety (90) days of this order."

2. Defendant's deadline for complying with the Court's "Remand Order" was originally September 18, 2006.

3. Defendant requested, and Plaintiff joined in a proposed stipulation, that the Court continue the September 18, 2006 deadline 15 days, through and including October 3, 2006. Plaintiff joined in the proposed stipulation on the condition, agreed to by Defendant, that Plaintiff have the opportunity to respond, if he deems it necessary, to Defendant's determination described in the "Remand Order," and that Defendant's determination and Plaintiff's response, if any, will be deemed part of the Administrative Record for review." The Court granted Defendant's request on September 19, 2006.

4. Defendant now requests a further continuance of the deadline of ten days to provide its determination, through and including October 13, 2006. The parties stipulate that this will be the last continuance of the deadline for the determination on remand. The parties further stipulate that if Defendant does not comply with the remand order by the extended date, the submissions Plaintiff has transmitted to Defendant on remand will be filed with the Court and be deemed part of the administrative record for the Court's review of the monthly long-term disability ("LTD") benefit amount to which Plaintiff is entitled under the Plan. The parties further stipulate that provided Defendant issues its determination by the extended date, if that determination is adverse to Plaintiff in any way, the parties will take up with the Court any question of whether further administrative proceedings are necessary and appropriate.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee stip to cont resp to rmnd ord.doc STIPULATION; [PROPOSED] ORDER   Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: September 27, 2006 | deVRIES LAW FIRM |

By: /s/ Douglas K. deVries
DOUGLAS K. deVRIES
Attorneys for Plaintiff, Ryan G. McAfee

DATED: September 27, 2006    BARGER & WOLEN LLP

By: /s/ Royal F. Oakes
ROYAL F. OAKES
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY and PEOPLESOFT
INCORPORATED LONG-TERM
DISABILITY PLAN

### ORDER

IT IS SO ORDERED.

Dated: September 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee stip to cont resp to rmnd ord.doc STIPULATION; [PROPOSED] ORDER   Case No. 2:05-CV-00227 WBS KJM

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com