1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  1792 Tribute Road, Suite 480
   Sacramento, CA  95815
3  Tel:    916/473-4343
   Fax:    916/473-4342
4

5  ROBERT K. SCOTT  (SB#67466)
   LAW OFFICES OF ROBERT K. SCOTT
   7700 Irvine Center Drive, Suite 605
6  Irvine, CA 92618
   Tel:    949/753-4950
7  Fax:    949/753-4949

8  Attorneys for Plaintiff

9

10

11                        UNITED STATES DISTRICT COURT

12                        EASTERN DISTRICT OF CALIFORNIA

13

14 | RYAN G. McAFEE,                       | NO.    2:05-CV-00227 WBS-KJM |
15 |        Plaintiff,                     | **JOINT INTERIM STATUS REPORT (ON REMAND); (PROPOSED) ORDER** |
16 | vs.                                   | |
17 | METROPOLITAN LIFE INSURANCE COMPANY, PEOPLESOFT | Judge:   Hon. William B. Shubb |
18 | INCORPORATED LONG-TERM DISABILITY PLAN | Crtrm:   5 |
19 |        Defendants.                    | Trial Date:   Not presently scheduled |

20 _____/

21      TO THE COURT:

22      1.  The Court previously issued its Order remanding this ERISA matter for the

23 purpose of having Defendant MetLife make a determination of the amount of Plaintiff

24 McAfee's disability insurance benefit in accordance with the Court's prior Order regarding

25 plan/policy interpretation;

26      2.  MetLife has made its determination, and communicated same in writing to

27 McAfee's counsel on October 13, 2006;

28      3.  McAfee has reviewed the determination and disputes a substantial part of the

Joint Interim Status Report (On Remand); [Proposed] Order                                1.

contents of the written determination, as well as the result;

4. Counsel for the parties have met and conferred, and hereby submit this Joint Interim Status Report (On Remand) in order to advise the Court about the current status of the matter on remand and the process the parties intend to engage in to complete the remand procedure, as well as the timing of same;

5. Pursuant to the terms of the plan/policy, the applicable ERISA regulations and the prior stipulation of the parties, McAfee has a right to respond to MetLife's determination on remand in the form of an administrative appeal directed to MetLife, and McAfee has opted to do so;

6. The parties presently contemplate that the administrative appeal on remand will take 120 days or less; and

7. The parties will immediately notify the Court, in the form of a Joint Status Report, when the administrative appeal process is completed or, in the alternative, will notify the Court within 120 days if any disputes or other difficulties arise in conjunction with the administrative appeal that might prevent its completion in that time frame.

**IT IS SO ORDERED.**

Dated: November 15, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:
deVRIES LAW FIRM
LAW OFFICE OF ROBERT K. SCOTT

By:   /s/ Douglas K. deVries
         DOUGLAS K. deVRIES
         Attorney for Plaintiff

BARGER & WOLEN LLP

By:   /s/ Royal F. Oakes
         ROYAL F. OAKES

1 | Attorney for Defendants
2
3
...
28