Royal F. Oakes (080480)
Michael A. S. Newman (205299)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and PEOPLESOFT INCORPORATED LONG-TERM
DISABILITY PLAN


Douglas K. deVries
deVRIES LAW FIRM
1792 Tribune Road, Suite 480
Sacramento, CA 95815
Telephone: (916) 473-4343
Facsimile: (916) 473-4342

Attorneys for Plaintiff RYAN G. McAFEE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN G. McAFEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO. 2:05-CV-00227 WBS-KJM<br><br>**JOINT INTERIM STATUS REPORT; (PROPOSED) ORDER** |

THE PARTIES JOINTLY SUBMIT THE FOLLOWING STATUS REPORT TO THE COURT:

　　　　1. The Court previously issued its order remanding this ERISA matter so as to allow the continued administrative evaluation of Plaintiff's claim;

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee jt interim stat report and req for ext of time.doc    STIPULATION; [PROPOSED] ORDER   Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com

2. On November 15, 2006, this Court issued an order based on the parties' Joint Status Report giving the parties additional time to complete the administrative appeal on remand (the "November 15 Order");

3. The November 15 Order instructed the parties to notify the Court, within 120 days of the November 15 Order, if additional time is required to complete the administrative appeal on remand;

4. In fact, additional time is necessary to complete the administrative appeal on remand. The parties expect completion of the administrative appeal on remand will require an additional 60 days or less; and

5. On or before May 14, 2007, the parties will notify the court, in the form of a Joint Status Report, that the administrative appeal process on remand is completed.  If any reason exists why it cannot be completed within those 60 days, the parties will advise the court why not, and when it will be completed.

DATED:  March 15, 2007          deVRIES LAW FIRM


By: Douglas K. deVries
    DOUGLAS K. deVRIES
    Attorneys for Plaintiff Ryan G. McAfee

DATED: March 15, 2007           BARGER & WOLEN LLP


By: Royal F. Oakes
    ROYAL F. OAKES
    Attorneys for Defendants
    Metropolitan Life Insurance Company and
    Peoplesoft Incorporated Long-Term Disability
    Plan

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee jt interim stat report and req for ext of time.doc    STIPULATION; [PROPOSED] ORDER    Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.

Dated: March 20, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee jt interim stat report and req for ext of time.doc   STIPULATION; [PROPOSED] ORDER   Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com