Royal F. Oakes (080480)
Michael A. S. Newman (205299)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and PEOPLESOFT INCORPORATED LONG-TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN G. McAFEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO. 2:05-CV-00227 WBS-KJM<br><br>**JOINT INTERIM STATUS REPORT; (PROPOSED) ORDER** |

　　　　THE PARTIES JOINTLY SUBMIT THE FOLLOWING STATUS REPORT TO THE COURT:

　　　　1. The Court previously issued its order remanding this ERISA matter so as to allow the continued administrative evaluation of Plaintiff's claim;

　　　　2. On November 15, 2006, this Court issued an order based on the parties' Joint Status Report giving the parties additional time to complete the administrative appeal on remand (the "November 15 Order");

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee joint interim stat report and ord.doc STIPULATION; [PROPOSED] ORDER Case No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com

3. The November 15 Order instructed the parties to notify the Court, within 120 days of the November 15 Order, if additional time is required to complete the administrative appeal on remand.

4. On March 20, 2007, this Court issued an order based on the parties Joint Interim Status Report giving the parties additional time to complete the administrative appeal on remand (the "March 20 Order");

5. The March 20 Order instructed the parties to notify the Court, by May 14, 2007, if additional time is required to complete the administrative appeal on remand;

6. In fact, additional time is necessary to complete the administrative appeal on remand, as an expert with whom defendants Metropolitan Life Insurance Company and PeopleSoft Incorporated Long-Term Disability Plan are consulting will be out of the country a substantial portion of the time between now and May 14, 2007.  The parties expect completion of the administrative appeal on remand will require an additional 21 days or less; and

**BARGER & WOLEN** LLP
**650 CALIFORNIA STREET**
**NINTH FLOOR**
SAN FRANCISCO, CA  94108
(415) 434-2800

-- 2

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee joint interim stat report and ord.docSTIPULATION; [PROPOSED] ORDERCase No. 2:05-CV-00227 WBS KJM

PDF created with pdfFactory trial version www.pdffactory.com

7. On or before June 4, 2007, the parties will notify the Court, in the form of a Joint Status Report, when the administrative appeal process is completed. If any reason exists why the administrative appeal on remand cannot be completed within those 21 days, the parties will advise the Court why not, and when it will be completed.

DATED: May 3, 2007                    deVRIES LAW FIRM


By: Douglas K. deVries
    DOUGLAS K. deVRIES
    Attorneys for Plaintiff Ryan G. McAfee

DATED: May 3, 2007                    BARGER & WOLEN LLP


By: Royal F. Oakes
    ROYAL F. OAKES
    Attorneys for Defendants
    Metropolitan Life Insurance Company and
    PeopleSoft Incorporated Long-Term Disability
    Plan

**ORDER**

IT IS SO ORDERED.

Dated: May 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee joint interim stat report and ord.doc STIPULATION; [PROPOSED] ORDER Case No. 2:05-CV-00227 WBS KJM

-- 3

PDF created with pdfFactory trial version www.pdffactory.com