1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  1792 Tribute Road, Suite 480
   Sacramento, CA  95815
3  Tel:    916/473-4343
   Fax:    916/473-4342
4  e-mail: dkd@dkdlaw.com

5  Attorneys for Plaintiff

6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  RYAN G. McAFEE,                        Case No.    2:05-CV-00227 WBS-KJM

11              Plaintiff,
                                           [~~PROPOSED~~] ORDER GRANTING
12  vs.                                    EX PARTE REQUEST OF PLAINTIFF
                                           FOR   STATUS   (SCHEDULING)
13                                         CONFERENCE
    METROPOLITAN LIFE  INSURANCE           _____
14  COMPANY and PEOPLESOFT
    INCORPORATED LONG-TERM,
15  DISABILITY PLAN,

16              Defendants.

17  _____/

18  TO THE PARTIES AND COUNSEL OF RECORD

19         On September 25, 2007, the Court received Plaintiff's ex parte application requesting a Status

20  (Scheduling) Conference, or in the alterative for a Scheduling Order, setting the case for Phase II bench

21  trial.

22         The court, having considered the ex parte application, hereby rules as follows:

23              1.    The "[Proposed]" is stricken from the heading of plaintiff's request, and

24              2.    Plaintiff's request for a Status (Scheduling) Conference has been approved for

25  Monday, November 19, 2007 at 2:00 p.m.  A Joint Status Report shall be filed no later than November

26  5, 2007.

27

28

Order re Ex Parte Request for Status Conference to Set Phase II Trial                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated:  October 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE