Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Metropolitan Life Insurance Company and PeopleSoft Incorporated Long-Term Disability Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN G. McAFEE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO.: 2:05-CV-00227 WBS-KJM<br><br>**STIPULATION RE FOUR DAY EXTENSION OF DEADLINE TO SUBMIT THE ADMINISTRATIVE RECORD; [PROPOSED] ORDER**<br><br>Trial Date: March 24, 2008<br>Courtroom: 5<br>Time: 2:00 p.m. |

TO THE COURT, AND TO THE PLAINTIFF AND HIS ATTORNEYS OF RECORD:

In its Order of November 7, 2007 (Docket No. 72), the Court ordered that the Administrative Record in this matter was to be filed on November 26, 2007.

Plaintiff Ryan McAfee ("Plaintiff") and Defendants Metropolitan Life Insurance Company and PeopleSoft Incorporated Long-Term Disability Plan (collectively, "Defendants") hereby stipulate to extend the deadline for the submission of the Administrative Record by four (4) days until November 30, 2007.

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee - stip for ext of time to file admin record.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION    CASE NO.: 2:05-CV-00227 WBS-KJM

Good cause exists for this extension, as the Administrative Record is voluminous, as opening briefs are not due until January 25, 2007, and as Defendants desire such time in order to fully comply with Local Rule 39-138(b).

DATED: November 26, 2007   deVRIES LAW FIRM

By: /s/ Douglas K. deVries
DOUGLAS K. deVRIES
Attorneys for Plaintiff Ryan G. McAfee

DATED: November 26, 2007   BARGER & WOLEN LLP

By: /s/Michael A.S. Newman
ROYAL F. OAKES
Attorneys for Defendants
Metropolitan Life Insurance Company and
PeopleSoft Incorporated Long-Term Disability
Plan

**ORDER**

IT IS SO ORDERED.

DATED: November 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION   CASE NO.: 2:05-CV-00227 WBS-KJM