1  Royal F. Oakes (080480)
   Michael A. S. Newman (205299)
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

5

   Attorneys for Defendants
6  METROPOLITAN LIFE INSURANCE COMPANY
   and PEOPLESOFT INCORPORATED LONG-TERM
7  DISABILITY PLAN

8

9
                   **UNITED STATES DISTRICT COURT**
10
                   **EASTERN DISTRICT OF CALIFORNIA**
11

12  RYAN G. McAFEE,                    )   CASE NO. 2:05-CV-00227 WBS-KJM
                                       )
13         Plaintiff,                  )
                                       )   **Stipulation To Use Paper Filing Of**
14     vs.                             )   **Voluminous Exhibit Pursuant To Local**
                                       )   **Rules 5-133(b)(3) and 39-138(b); [~~Proposed~~]**
15  METROPOLITAN LIFE INSURANCE        )   **Order**
    COMPANY, and PEOPLESOFT            )
16  INCORPORATED LONG-TERM             )
    DISABILITY PLAN,                   )
17                                     )
           Defendants.                 )
18  _____)

19

20

21

22

23

24

25

26

27

28

**BARGER & WOLEN** LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee - stip to use paper filing of voluminous exh.doc      STIPULATION; [PROPOSED] ORDER
Case No. 2:05-CV-00227 WBS KJM

1  Pursuant to Local Rules 5-133(b)(1) and 39-138(b), Plaintiff Ryan G. McAfee ("Plaintiff")
2  and Defendants Metropolitan Life Insurance Company and PeopleSoft Incorporated Long-Term
3  Disability Plan (collectively "Defendants") hereby stipulate to paper filing of the Administrative
4  Record with the Clerk's Office, due to its voluminous size.  Plaintiff and Defendants further
5  stipulate that the Administrative Record will not be filed under seal.

7  DATED:  November 27, 2007     deVRIES LAW FIRM

             By: //s// Douglas K. deVries
                 DOUGLAS K. deVRIES
                 Attorneys for Plaintiff, Ryan G. McAfee

12  DATED:  November 27, 2007     BARGER & WOLEN LLP

             By: //s// Royal F. Oakes
                 ROYAL F. OAKES
                 Attorneys for Defendants
                 METROPOLITAN LIFE INSURANCE
                 COMPANY and PEOPLESOFT
                 INCORPORATED LONG-TERM
                 DISABILITY PLAN

-2-

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee - stip to use paper filing of voluminous exh.doc     STIPULATION; [PROPOSED] ORDER
Case No. 2:05-CV-00227 WBS KJM

1 **[PROPOSED] ORDER**

2 For good cause showing, because of its voluminous size, the Administrative Record in the above-referenced matter may be submitted by means of paper filing with the Clerk's Office. The Clerk shall <u>not</u> scan the Administrative Record into electronic form.

IT IS SO ORDERED.

DATED: December 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-

g:\docs\shu\dshu2\inbox\signed\05cv227 mcafee - stip to use paper filing of voluminous exh.doc   STIPULATION; [PROPOSED] ORDER
Case No. 2:05-CV-00227 WBS KJM