UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RYAN G. McAFEE,

        Plaintiff,

   v.

METROPOLITAN LIFE INSURANCE COMPANY and PEOPLESOFT INCORPORATED LONG-TERM DISABILITY PLAN,

        Defendants.

NO. CIV. S-05-0227 WBS KJM

ORDER

----oo0oo----

On April 18, 2008, this court issued an order vacating the trial date pending the Supreme Court's decision in Metropolitan Life Ins. Co. v. Glenn, 128 S. Ct. 2343 (2008). See United States v. Padilla, 387 F.3d 1087, 1095 (9th Cir. 2004) ("The district court may wait for guidance from the Supreme Court in its pending case[].").  The Supreme Court rendered a decision on June 19, 2008 and the parties now request supplemental trial briefing that is limited to discussion of whether and how the Supreme Court's decision applies to this case.

1

        Accordingly, the Scheduling Conference set for September 8, 2008 is vacated and a one-half day bench trial is now set for November 17, 2008 at 2:00 p.m. in Courtroom No. 5. Plaintiff shall file its supplemental trial brief by October 14, 2008 and defendants shall file their supplemental trial brief by November 3, 2008. The parties' supplemental trial briefs shall be limited to ten pages per party and address only whether and how the Supreme Court's decision in <u>Metropolitan Life Ins. Co. v. Glenn</u>, 128 S. Ct. 2343 (2008) applies to this case.

        IT IS SO ORDERED.

DATED: September 5, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE